IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 14-cv-00459-MEH | Date:   October 29, 2014 |
| Courtroom Deputy: Molly Davenport | **FTR – Courtroom A501** |

MARK M COLLINS                                         David Lichtenstein

    Plaintiff,

vs.

UNITED FIRE & CASUALTY CO                  Michael Power
                                                                       John Stevens

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:   10:58 a.m.**

Court calls case.   Appearances of counsel.

Argument and discussion held regarding the following:

1. The production of the employee files of Tim Spain, David Hellen and Jolene Grow.
2. Prior terminations by David Hellen and Jolene Grow and company practices regarding same.
3. The company-wide termination of loss control representatives.
4. The cause of the termination of several specific individuals.
5. Production of documents regarding any disability discrimination charges filed by an employee working out of the Denver office.

Chambers will send a copy of an example of a general Protective Order to counsel.   Upon receipt and modification, counsel will file the appropriate motion.

**ORDERED:**       Following oral argument regarding [14] Motion for Protective Order by Defendant, the motion is GRANTED IN PART AND DENIED IN PART.

**Court in recess:    11:52 a.m.   (Hearing concluded)**
**Total time in court:   00:56**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.