IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00459-MEH

MARK M. COLLINS,

    Plaintiff,

v.

UNITED FIRE & CASUALTY COMPANY,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2014.**

    The Joint Motion for Entry of Protective Order [filed November 13, 2014; docket #35] is **granted**. The proposed order at docket # 35-1 is accepted; however, the Court cannot file the proposed order until the parties submit a copy of the proposed order in useable format to the Court by email at hegarty_chambers@cod.uscourts.gov.