IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00459-MEH

MARK M. COLLINS,

    Plaintiff,

v.

UNITED FIRE & CASUALTY COMPANY,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 9, 2015.**

    The Second Stipulated Motion to Modify Scheduling Order to Extend the Time to Conduct Specified Depositions and For Extension of Time to File Motions for Summary Judgment [filed March 6, 2015; docket #58] is **granted**. For good cause shown, the discovery cutoff is extended to **April 15, 2015** for the purpose of conducting the Cedar Rapids depositions as described in the Motion; the dispositive motions deadline is extended to **April 24, 2015.**