IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00459-MEH

MARK M. COLLINS,

    Plaintiff,

v.

UNITED FIRE & CASUALTY COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2015.**

    Plaintiff's Unopposed Motion to Stay all Proceedings and Notice of Settlement [filed March 13, 2015; docket #60] is **granted**. In light of the notice, the hearing currently scheduled for March 23, 2015 at 10:00 a.m. is **vacated**. Additionally, the following pending motions are **denied** as moot: Plaintiff's Motion to Strike Defendant's Rebuttal Expert Witness [filed January 27, 2015; docket #46]; Plaintiff's Motion for Order Compelling Discovery [filed February 17, 2015; docket #48]; and Defendant's Motion for Protective Order [filed February 27, 2015; docket #55].

    The parties shall file dismissal papers with the Court on or before **April 15, 2015**.