IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-00459-MEH

MARK M. COLLINS,

      Plaintiff,

v.

UNITED FIRE & CASUALTY COMPANY,

      Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

      The Stipulated Motion for Dismissal with Prejudice [filed March 27, 2015; docket #63] is **granted**.  The matter is dismissed with prejudice and all remaining deadlines and conference dates are hereby vacated.  Each party will pay his or its own attorney's fees and costs.

      Dated at Denver, Colorado this 27th day of March, 2015.

                    BY THE COURT:

                    *Michael E. Hegarty*

                    Michael E. Hegarty
                    United States Magistrate Judge